IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL AND SHELBY BELCHER as guardians and parents of M.B., a minor and Taryn Spivey as guardian and parent of J.A., a minor<br><br>Plaintiffs,<br><br>v.<br><br>ROBERTSON COUNTY, TENNESSEE and ROBERTSON COUNTY BOARD OF EDUCATION<br><br>Defendants. | No. 3:13-cv-0161<br>JUDGE CAMPBELL |

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANT ROBERTSON COUNTY, TENNESSEE**
_____

Come the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the voluntary dismissal with prejudice of all claims of the Plaintiff against Defendant Robertson County, Tennessee only. This stipulation does not affect the Plaintiff's claims against Defendant Robertson County Board of Education, which remain pending before the Court. The Plaintiff and Defendant Robertson County will be responsible for their own discretionary costs and expenses.

SUBMITTED FOR ENTRY:

THE BLACKBURN FIRM, PLLC

/s/   W. Gary Blackburn
Mr. W. Gary Blackburn, #3484
Ms. Melissa Blackburn, #16181
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
(615) 254-7770

Attorneys for the Plaintiffs

DICKINSON WRIGHT PLLC

 /s/ Jeffrey M. Beemer
Jeffrey M. Beemer, #17247
Kelly M. Telfeyan, #24473
424 Church Street, Suite 1401
Nashville, TN 37219-2392
(615) 620-1719

Attorneys for Defendant Robertson County, Tennessee


MILLS & COOPER

 /s/ Michael P. Mills
Michael P. Mills, #10551
5042 Thoroughbred Lane
Brentwood, TN 37027
(615) 221-8218

Attorneys for Defendant Robertson County Board of Education

this 26th day of March, 2013.

                                                /s/ Jeffrey M. Beemer
                                                Jeffrey M. Beemer

NASHVILLE 38391-678 451437v1