IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL AND SHELBY BELCHER | ) ) ) |
| v. | ) NO. 3-13-0161 ) JUDGE CAMPBELL |
| ROBERTSON COUNTY, TENNESSEE, et al. | ) ) |

ORDER

The parties have filed a Stipulation of Dismissal (Docket No. 12) with regard to one of the two Defendants - Robertson County, Tennessee. Accordingly, Plaintiffs' claims against Defendant Robertson County, Tennessee, are DISMISSED with prejudice. Defendant Robertson County's pending Motion to Dismiss (Docket No. 10) is denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE