UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MICHAEL AND SHELBY BELCHER, et al. | ) ) ) ) | |
| v. | ) ) ) | NO. 3:13-161<br>JUDGE CAMPBELL |
| ROBERTSON COUNTY BOARD OF EDUCATION | ) ) | |

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/14/2015

KEITH THROCKMORTON, CLERK
s/Elaine J. Hawkins, Deputy Clerk