IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL AND SHELBY )
BELCHER, et al. )
 )
v. ) NO. 3-13-0161
 ) JUDGE CAMPBELL
ROBERTSON COUNTY )
BOARD OF EDUCATION )

ORDER

The Court's Order of January 14, 2015 (Docket No. 94), is supplemented to total the damages and attorneys' fees awarded in such Order for this case:

Plaintiff M.B. is awarded a total of $100,534.00 in damages.

Plaintiff B.E. is awarded a total of $75,802.50 in damages.

Plaintiff J.A. is awarded a total of $ 78,520.00 in damages.

Defendant shall pay a total of $111,166.25 in attorneys' fees as follows: $101,016.25 to the Blackburn law firm and $10,150.00 to John R. Clemmons.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58, and Docket Nos. 94 and 95 are vacated to the extent that they provide otherwise.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE