UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL AND SHELBY BELCHER, et al. | ) ) ) ) |
| v. | ) NO. 3:13-0161 ) JUDGE CAMPBELL ) |
| ROBERTSON COUNTY BOARD OF EDUCATION | ) ) ) |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/15/2015.

      KEITH THROCKMORTON, CLERK
      s/Elaine J. Hawkins, Deputy Clerk